**Order filed June 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00134-CV
_____

## AGAR CORPORATION, INC., Appellant

## V.

## ELECTRO CIRCUITS INTERNATIONAL, LLC AND SURESH PARIKH, Appellees

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-20480A**

## ORDER

The parties to this appeal filed a joint motion to adopt a briefing schedule and for leave to assert cross-points in appellees' brief. The motion is granted. Accordingly, we order the following:

Agar Corp.'s opening brief is due by July 31, 2015. It is limited to 15,000 words.

Electro Circuits International, LLC's and Suresh response brief / cross-

appellants' opening brief is due by September 29, 2015. It is limited to 25,000 words total: 15,000 for appellees' response and 10,000 for cross-appellants' opening brief.

Agar Corp.'s reply brief / cross-appellee's response brief is due by November 13, 2015. It is limited to 15,000 words total: 5,000 for appellant's reply and 10,000 for cross-appellee's response.

Electro Defendants' cross-appellants' reply brief is due by December 14, 2015. It is limited to 5,000 words.

PER CURIAM